UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------X  Chapter 13

IN RE:

Rodolfo Divencienzo and Yoselem G Pintos       Case No. 11-41664

        Debtor(s)                            Chapter 13 Plan

------------------------------------------------------X

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee total of $335.00 per month (a total of $20,000.00) commencing March 3, 2011 to February 3, 2016.

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507. Counsel's fee (to be determined) to be paid in full upon confirmation.
   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows.

ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).

Ocwen Loan Servicing (Mortgage holder) is unsecured.

   (c) Subsequent and/or concurrently with distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **Prorated distribution**.

3. All lease agreements are hereby assumed, unless specifically rejected as follows: **None.**

4. During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2 (c) less than one hundred percent (100%), the debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the Tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor(s) property shall revest in the debtor(s) upon completion of the plan or dismissal of the case, unless otherwise provided in the order confirming this plan. Throughout

the term of this plan, the debtor(s) will not incur post-petition debt over $1500.00 without written consent of the Chapter 13 trustee or the Court.

/s/ Rodolfo Divincenzo
Rodolfo Divincenzo, Debtor

/s/ Yoselem Pintos
Yoselem Pintos, Joint Debtor

Dated: March 24, 2011